## No. 6003.

### HEIRS OF A. W. MERRIAM VS. DAVID JONES.

A title acquired under a sale ordered by a United States court in proceedings to confiscate the property, determines upon the death of the owner against whom the confiscation was pronounced. In each case the heirs can recover the property with rents from the death of their ancestor.

APPEAL from the Sixth District Court of New Orleans.    SAUCIER, J.

*Breaux Fenner & Hall* for Plaintiffs,    *Kennard, Howe & Prentiss* for Defendant Appellant.

MARR, J., delivered the opinion affirming the judgment.

## No. 7000.

### THE STATE VS. ABRAHAM BASS ET AL.

Where upon a rule *nisi*, judgment of forfeiture has been entered upon an appearance bond, and an appeal is taken therefrom, and it is alleged that the principal in the bond has been subsequently tried and acquitted, and these subsequent proceedings are in the record; *held*, that although the appellate court cannot act on this state of facts to the extent of annulling the judgment of forfeiture finally, it will remand the case to give opportunity for the production of proof, such as is already in the transcript improperly.

APPEAL from the District Court for East Carroll.    HOUGH, J.

The Attorney-General, *Steele*, District Attorney, for the State. *Wyley* and *J. W. Montgomery* for Defendants Appellants.

MARR, J., delivered the opinion.